**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 15-cr-0211-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **JOEL EFREN RUELAS-AVILA**,
2.     **JOSE LUIS RUELAS-TORRES,**
3.     **MARIA DE JESUS ESPINOZA-RODRIGUEZ,**
4.     **BETITO LNU,**
5.     **JOSE CARLOS BARRAZA-ACEVES,**
6.     **HECTOR LIBRADO RIVERA-SANDOVAL,**
7.     **LEO DELFIN,**
8.     **PEDRO ARMANDO GUTIERREZ-NUNEZ,**
9.     **RAUL ESTRADA-CASTILLO,**
10.     **IVAN HARO-PEREZ,**
11.     **JOSE VIDAL LEON-PENUELAS,**
12.     **CARLOS ALBERTO PEREZ-GARCIA,**
13.     **PABEL ERBEY BERNAL-LOPEZ,**
14.     **YAJAHIRA MELISSA LOPEZ-CALIDONIO,**
15.     **LIGIA LOPEZ-PEREZ,**
16.     **NELI YANIRA CALIDONIO-MEZA, and**
17.     **MARTIN RODRIGUEZ-SANCHEZ**

    Defendants.

---

## ORDER REASSIGNING CASE

---

    This matter is before the Court *sua sponte*.

    On June 3, 2015, in accordance to D.C.COLO.LCrR 50.1(a), the active District Judges of this Court approved the reassignment of the above-captioned criminal case to United States District Judge R. Brooke Jackson.

Accordingly, pursuant to D.C.COLO.LCrR 50.1(a), the Clerk of Court is DIRECTED to REASSIGN this matter to Judge R. Brooke Jackson for all future purposes and proceedings. All future filings in this case shall be docketed under Criminal Case No. 15-cr-0211-RBJ.

Dated this 4th day of June, 2015.

BY THE COURT:

William J. Martínez
United States District Judge